In the Matter of the Claim of CHARLES HOLSTEIN, Respondent, against CITY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.

Argued April 11, 1939; decided May 16, 1939.

*William C. Chanler, Corporation Counsel (Paxton Blair, James Hall Prothero* and *Samuel A. Bloom* of counsel), for appellant.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.